United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRVING BRONSTEIN, et al.,

Plaintiffs,

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.,

Defendants.

Case No. 15-cv-02399-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE**

The complaint in this case was filed on May 29, 2015. ECF No. 1. Plaintiffs allege that agents of the United States Customs and Border Patrol falsely arrested them and committed other torts against them while they were travelling on a cruise ship operated by Princess Cruise Lines, Ltd. Id. Plaintiffs name both the United States and Princess Cruise Lines as defendants.

A case management conference is currently scheduled for September 2, 2015. As of today's date, the complaint has not been served on either defendant.

Rule 4(m) of the Federal Rules of Civil Procedure requires Plaintiffs to serve defendants with the complaint within 120 days of filing it. Fed. R. Civ. P. 4(m). If they do not serve the complaint within that time, the complaint is subject to dismissal without prejudice unless Plaintiffs demonstrate good cause for the lack of service. Id.

The Court will continue the case management conference until October 14, 2015 at 2:00 p.m. A joint case management statement is due by September 30, 2015.

If the complaint has not been served by September 28, 2015, then Plaintiffs are ORDERED TO SHOW CAUSE why their complaint should not be dismissed with prejudice. If one but not both defendants have been served by that date, then Plaintiffs are ORDERED TO SHOW CAUSE why the unserved defendant should not be dismissed. A written response to this

United States District Court
Northern District of California

order is due by September 30, 2015. A hearing on this order to show cause will take place on October 14, 2015 at 2:00 p.m. If the complaint has been served on all defendants by September 28, 2015, the order to show cause will be vacated, and the hearing will proceed only as a case management conference.

IT IS SO ORDERED.

Dated: August 26, 2015

JON S. TIGAR
United States District Judge