UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING BRONSTEIN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, et al.,<br><br>   Defendants. | Case No. 15-cv-02399-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 4 |

Plaintiffs having now effected service on all defendants in this action, see ECF No. 9, the Order to Show Cause hearing scheduled for October 14, 2015, see ECF No. 4, is hereby vacated.

The Court will continue the initial case management conferenced scheduled for October 14, 2015 to December 9, 2015 at 2:00 p.m. to give the defendants the opportunity to appear and the parties the opportunity to meet and confer. A joint case management statement is due by November 25, 2015.

The Court reminds Plaintiffs that it previously ordered that a joint case management statement be submitted by September 30, 2015, but none was filed. The Court may impose sanctions should the parties fail to comply with the Court's future orders or rules.

IT IS SO ORDERED.

Dated: October 6, 2015

_____
JON S. TIGAR
United States District Judge