UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRVING BRONSTEIN, et al.,

    Plaintiffs,

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.,

    Defendants.

Case No. 15-cv-02399-JST

**ORDER VACATING HEARINGS; CONTINUING CASE MANAGEMENT CONFERENCE**

Re: ECF Nos. 15, 16

Before the Court are Defendant Princess Cruise Lines, Ltd.'s Motion to Transfer Venue and Defendant U.S. Customs and Border Protection's Motion to Dismiss. ECF Nos. 15, 16. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matters suitable for disposition without oral argument. The hearings, currently scheduled for January 7, 2016, are hereby vacated.

The Initial Case Management Conference, scheduled for January 7, 2016 at 2:00 p.m. is hereby continued to March 9, 2016 at 2:00 p.m. An updated CMC statement is due by March 2, 2015.

IT IS SO ORDERED.

Dated: December 21, 2015

                                                JON S. TIGAR
                                      United States District Judge