UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRVING BRONSTEIN, et al.,

    Plaintiffs,

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.,

    Defendants.

Case No. 15-cv-02399-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 38, 40

Before the Court are Defendants' Motions to Dismiss. ECF Nos. 38, 40. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motions suitable for disposition without oral argument. The hearings, currently scheduled for June 16, 2016, are hereby VACATED.

IT IS SO ORDERED.

Dated: June 7, 2016

                                            JON S. TIGAR
                                    United States District Judge